USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Frank Gillette,

            Defendant.

Order of Restitution

18 Cr. 22 (LGS)

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Jason M. Swergold, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Frank Gillette, the Defendant, shall pay restitution in the total amount of $40,494.37 to the victim of the offense charged in Count One. The name and address of the victims is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York

Nov. 14, 2019

_____
HONORABLE LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

09.10.2013